

# United States District Court
# Eastern District of California

| Marilyn Kay Burke | Case Number: 2:24-cv-02893-TLN-JDP |
|---|---|
| Plaintiff(s) | |
| V. | |
| Trans Union LLC et al | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Laura Frantz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Experian Information Solutions, Inc.

On 11/14/2024 (date), I was admitted to practice and presently in good standing in the State Bar of Michigan (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/02/2025        Signature of Applicant: /s/ Laura Frantz

**Pro Hac Vice Attorney**

Applicant's Name: Laura Frantz
Law Firm Name: Jones Day
Address: 150 W. Jefferson, Suite 2100

City: Detroit  State: MI  Zip: 48226
Phone Number w/Area Code: (313) 733-3939
City and State of Residence: Ann Arbor, Michigan
Primary E-mail Address: lfrantz@jonesday.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Angela M. Taylor
Law Firm Name: Jones Day
Address: 3161 Michelson Drive, Suite 800

City: Irvine  State: CA  Zip: 92612
Phone Number w/Area Code: (949) 851-3939  Bar #: 210425

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 2, 2025

JUDGE, U.S. DISTRICT COURT